Patryk J. Drescher, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee the United States. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

Douglas L. Patin, Bradley Arant Boult Cummings, LLP, of Washington, DC, argued for defendant-appellee Kiewit Pacific Co.

AYER, CLEVENGER, and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**KERR CONTRACTORS, INC.,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

**and**

**Kiewit Pacific Co., Defendant–Appellee.**

**No. 2010–5006.**

United States Court of Appeals,
Federal Circuit.

May 7, 2010.

Joseph A. Yazbeck, Jr., Yazbeck Cloran & Bowser, PC, of Portland, OR, argued for plaintiff-appellant.